IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| **WARD-WALKER SEVEN OAKS RANCH, LLC, AND COLE RANCH HOLDINGS, LLC,** § § § § § § § § § § § <br> Plaintiffs, <br><br> v. <br><br> **BRAZOS HIGHLAND PROPERTIES, LP, ET AL.,** <br> Defendants. | Civil Action No. <br> **DR-23-CV-026-AM-CW** |

## ORDER

Pending before the Court is the parties' joint motion to abate for thirty days. ECF No. 4. It is hereby **ORDERED** that the motion is **GRANTED**. Because the thirty days have already passed, it is further **ORDERED** that the parties shall confer and submit a joint status report no later than **SEPTEMBER 1, 2023**.

**SIGNED** this 18th day of August, 2023.

_____
COLLIS WHITE
UNITED STATES MAGISTRATE JUDGE