# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# DEL RIO DIVISION

| | | |
|---|---|---|
| **WARD-WALKER SEVEN OAKS RANCH, LLC, AND COLE RANCH HOLDINGS, LLC,** | § § § § § § § § § § | Civil Action No. DR-23-CV-026-AM-CW |
| Plaintiffs, | | |
| v. | | |
| **BRAZOS HIGHLAND PROPERTIES, LP, ET AL.,** | | |
| Defendants. | | |

## ORDER TO APPLY

It has come to the Court's attention that Mr. Dallas J. Barrington, on behalf of Plaintiffs, electronically signed the parties' previously-granted motion to abate, despite the fact that he is not listed as an attorney of record. Furthermore, the Clerk's roster of attorneys fails to indicate that Mr. Barrington is admitted to practice law in the United States District Court for the Western District of Texas.

Should Mr. Barrington desire to appear on behalf of his clients in this proceeding, **IT IS HEREBY ORDERED** that, within **TEN DAYS** of the date of this Order, Mr. Barrington shall:

(1) Move for admission to practice *pro hac vice* and tender the applicable fee; or

(2) Move for admission to practice in the United States District Court for the Western District of Texas and tender the applicable fee.

The Clerk shall not add Mr. Barrington as a notice party or accept any filings from him unless these documents are received. If Mr. Barrington chooses to comply with this Order by moving for admission to practice in the United States District Court for the Western District of Texas, he

must notify the undersigned, as applications for admission are forwarded only to the admissions committee and not individual judges in specific cases.

Mr. Barrington is further given **NOTICE** that it is the policy of the judges of this District to permit no more than one *pro hac vice* appearance and require admission to practice in the Court for any appearance thereafter. Therefore, if Mr. Barrington desires to practice in the Western District of Texas at any time in the future, he shall promptly submit an application to be admitted as a member of the United States District Court for the Western District of Texas in the manner set forth in the Local Rules.

Should Plaintiffs opt to proceed *pro se*, Mr. Barrington shall provide notice to the Court and provide the Clerk with Plaintiffs' current address, phone number, and email address within **TEN DAYS** from the date of this Order. The Court's previous order to confer and submit a joint status report no later than September 1, 2023, shall remain in effect. Failure to comply with this Order will result in dismissal of this cause of action pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**SIGNED** this 22nd day of August, 2023.

COLLIS WHITE
UNITED STATES MAGISTRATE JUDGE