IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

FILED
NOV 9 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| WARD-WALKER SEVEN OAKS RANCH, LLC AND COLE RANCH HOLDINGS, LLC,<br>　　Plaintiffs,<br><br>v.<br><br>BRAZOS HIGHLAND PROPERTIES, LP; GREENALIA WIND POWER BLUE HILLS, LLC; GH AMERICA INVESTMENTS GROUP, INC.; GH AMERICA ENERGY, LLC; AND THE ELECTRIC RELIABILITY COUNCIL OF TEXAS, INC.,<br>　　Defendants. | Civil Action No.<br>DR-23-CV-026-AM/JAC |

## ORDER

On August 24, 2023, the Plaintiffs filed a Notice of Voluntary Dismissal Without Prejudice of all claims against all the Defendants. (ECF No. 9.) Defendant Electric Reliability Council of Texas, Inc., the sole defendant to serve an answer to the Plaintiffs' complaint, has not opposed dismissal. Therefore, in accordance with Rule 41(a) of the Federal Rules of Civil Procedure, it is hereby **ORDERED** that the claims against the Defendants are **DISMISSED WITHOUT PREJUDICE**. It is further **ORDERED** that a clerk's judgment shall be entered, terminating the present cause of action and any pending motions.

SIGNED and ENTERED on this 9th day of November 2023.

_____
ALIA MOSES
Chief United States District Judge