AO 450 (Rev. 5/99) Judgment in a Civil Case

**FILED**
November 09, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ CR
DEPUTY

# United States District Court
## Western District of Texas

WARD-WALKER SEVEN OAKS RANCH, LLC
AND COLE RANCH HOLDING, LLC,
Plaintiff's,

v.

BRAZOS HIGHLAND PROPERTIES, LP, ET AL
Defendants,

JUDGMENT IN A CIVIL CASE

CASE NUMBER:   DR-23-CV-0026 AM/JAC

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

That the claims against the Defendants are DISMISSED WITHOUT PREJUDICE.

11/9/23
Date

Philip J. Devlin
Clerk

(By) Deputy Clerk